## IN THE UNITED STATE DISTRICT COURT
### STATE OF UTAH

| | |
|---|---|
| **MICHELE FERRARO,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CORY ROBERT WALL, DEANNA DAWN RUNYAN-WALL, THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, TYLER SEBRESSO, JULIE SEBRESSO, COMMUNITY TREATMENT ALTERNATIVES LLC, THOMAS RUOTI, MICROSOFT, GIT-HUB, UTAH THIRD DISTRICT COURT ADMINISTRATION, JUDGE RANDALL SKANCHY, JUDGE JOHN NIELSEN, JUDGE CHARLES STORMONT, SALT LAKE LEGAL DEFENDERS, SEAN REYES, SIM GILL, SANDY CITY POLICE, FNU FRAMPTON, FNU NOWERS, UNIVERSITY OF UTAH, UNIVERSITY OF UTAH RESEARCH FOUNDATION, UNIVERSITY OF UTAH DEPARTMENT OF PSYCHIATRY ASSESSMENT AND RECOVERY SERVICES, UNIVERSITY OF PENNSYLVANIA ITU STUDY GROUP 17, MOLINA INSURANCE, STATE FARM INSURANCE, ROBERT DEBRY, CAROL MARTIN a/k/a VIZZA-FERRARO, R. EDWARD J. FERRARO, DANIELLE VIZZA a/k/a/ DANIELLE DIXON-MAZE, JEFF LNU, BEN LNU, JEFF SHAFFER, SHEPARDS FINANCE LLC, JEFFERSON COUNTY, UNITED STATES HEALTH AND HUMAN SERVICES, UTAH MEDICAID, UTAH DEPARTMENT OF TRANSPORTATION, STATE OF UTAH, HOLLY MCDERMOTT and JOEL** | **REPORT & RECOMMENDATION**<br><br>**Case No.  2:26-cv-00377**<br><br>**District Court Judge Robert J. Shelby**<br><br>**Magistrate Judge Dustin B. Pead** |

1

|  |  |
|---|---|
| **JENSEN,** | |
| **Defendants.** | |

## INTRODUCTION

The case is before the undersigned pursuant to a 28 U.S.C. § 636(b)(1)(B) referral from District Court Judge Robert J. Shelby.[1] Pro se Plaintiff Michele Ferraro ("Plaintiff" or "Ms. Ferraro") commenced this action against Defendants Cory Robert Wall, Deanna Dawn Runyan-Wall, The Church of Jesus Christ of Latter-Day Saints, Tyler Sebresso, Julie Sebresso, Community Treatment Alternatives LLC, Thomas Ruoti, Microsoft, Git-Hub, Utah Third District Court Administration, Judge Randall Skanchy, Judge John Nielsen, Judge Charles Stormont, Salt Lake Legal Defenders, Sean Reyes, Sim Gill, Sandy City Police, FNU Frampton, FNU Nowers, University of Utah, University of Utah Research Foundation, University of Utah Department of Psychiatry Assessment and Recovery Services, University of Pennsylvania ITU Study Group 17, Molina Insurance, State Farm Insurance, Robert Debry, Carlo Martin a/k/a/ Vizza-Ferraro, R. Edward J. Ferraro, Danielle Vizza a/k/a Danielle Dixon-Maze, Jeff LNU, Ben LNU, Jeff Shaffer, Shepherds Finance LLC, Jefferson County, United States Health and Human Services, Utah Medicaid, Utah Department of Transportation, State of Utah, Holly McDermott and Joel Jensen (collectively "Defendants") on May 5, 2026.[2]

On May 18, 2026, the court temporarily granted Plaintiff's Motion to Proceed In Forma Pauperis.[3] In that Order, the court indicated that service of process was pending pursuant to the

---

[1] ECF No. 12, Notice of Non-Consent.

[2] ECF No. 1, Complaint.

[3] ECF No. 10, Order.

court's screening of the complaint under 28 U.S.C. § 1915(e).[4] On May 26, 2026, the court completed its screening and issued a Memorandum Decision concluding that Plaintiff's complaint was "unintelligible" and lacked any "arguable basis in fact or in law."[5] Nonetheless, the court allowed Ms. Ferraro the opportunity to file an amended complaint and to correct the deficiencies of her original pleading, no later than June 16, 2026.[6] The court warned that a failure to timely file an amended pleading could result in dismissal of the action.[7] As of this date, Ms. Ferraro has not filed an amended complaint, and the time within which to do so has passed.

## DISCUSSION

Because Ms. Ferraro's complaint fails to state a claim for relief and because she has not filed a timely amended pleading, dismissal of her action is appropriate. "Dismissal of a pro se complaint for failure to state a claim is proper only where it is obvious that the plaintiff cannot prevail on the facts [s]he has alleged and it would be futile to give [her] an opportunity to amend."[8] Here, the court previously identified deficiencies in Ms. Ferraro's pleading and allowed her an opportunity to amend. Ms. Ferraro, however, failed to do so. As a result, further opportunities to amend would be futile, and dismissal is necessary.

## RECOMMENDATION

Because Ms. Ferraro's complaint fails to state a claim for relief, and further opportunities to amend would be futile, RECOMMENDS that the District Court DISMISS Plaintiff's action

---

[4] *Id.*

[5] ECF No. 11 at 5.

[6] *Id.*

[7] *Id.*

[8] *Kay v. Bemis,* 500 F.3d 1214, 1217 (10th Cir. 2007).

WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B). The District Court Clerk's Office is directed to send a copy of this Report and Recommendation to Ms. Ferraro who is notified of her right to object. Any objection to the Report and Recommendation must be filed within fourteen (14) days of service.[9] Failure to object may be considered a waiver of objections upon subsequent review.

**IT IS SO ORDERED.**

DATED: June 23, 2026.

BY THE COURT

_____

DUSTIN B. PEAD
Magistrate Judge
United States District Court

---

[9] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).